UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
www.mdd.uscourts.gov

OFFICIAL BUSINESS



MANCHESTER NH 030
BALTIMORE MD 212 NEOPOST
3 NOV 2023 PM 1 L 10/24/2023
24 OCT 2023 PM 2 L US POSTAGE

Michael Melendez
75 Fort Eddy Road, ste. 1
Concord, NH 03301

Return to sender

NIXIE       015   DE 1           0011/13/23
              RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
BC: 21201260599        *0192-05952-24-45

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

NOV 17 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY